IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HARTFORD UNDERWRITERS )<br>INSURANCE COMPANY, ET AL., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DAVIS PAIGE MANAGEMENT SYSTEMS )<br>LLC, )<br>)<br>*Defendant.* )<br>) | Case No. 1:17-cv-01254-LO-MSN |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Michael S. Nachmanoff dated March 6, 2018. Dkt. 11. Defendant did not object to the R&R. The Court has reviewed the Complaint and Plaintiff's Motion for Default Judgment (Dkt. 8) and **ADOPTS** the findings and recommendation of Judge Nachmanoff.

Accordingly, for the reasons cited by Judge Nachmanoff and for good cause shown, Plaintiff's Motion for Default Judgment is **GRANTED**. The Clerk of Court is directed to enter judgment pursuant to FED. R. CIV. P. 55 on all counts of the complaint in favor of Plaintiffs Hartford Underwriters Insurance Company; Trumbull Insurance Company; Sentinel Insurance Company, LTD; Hartford Casualty Insurance Company; and Twin City Fire Insurance Company, and against Defendant Davis Paige Management Systems LLC.

Plaintiffs are **awarded** $150,190.44 plus post-judgment interest, calculated at the rate prescribed by 28 U.S.C. § 1961.

It is so **ORDERED**.

April 3, 2018
Alexandria, Virginia

/s/ Liam O'Grady
United States District Judge