IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Hartford Underwriters Insurance Company
Trumbull Insurance Company
Sentinel Insurance Company, LTD.
Hartford Casualty Insurance Company
Twin City Fire Insurance Company )
)
       Plaintiff(s) )
v. ) CIVIL ACTION NO. 1:17-cv-1254-LO-MSN
)
Davis Paige Management Systems LLC )
)
       Defendant(s) )

## DEFAULT JUDGMENT

     A default having been entered against the defendant(s) Davis Paige Management Systems LLC and counsel for the plaintiff(s) Hartford Underwriters Insurance Company Trumbull Insurance Company Sentinel Insurance Company, LTD., Hartford Casualty Insurance Company, and Twin City Fire Insurance Company having requested judgment against the defaulted defendant(s) Davis Paige Management Systems LLC and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

     ORDERED and ADJUDGED that the plaintiff(s) Hartford Underwriters Insurance Company, Trumbull Insurance Company, Sentinel Insurance Company, LTD., Hartford Casualty Insurance Company, and Twin City Fire Insurance Company recover of the defendant(s) Davis Paige Management Systems LLC the sum of $150,190.44.

Dated at Alexandria, Virginia, this 4th day of April, 2017.

                                     FERNANDO GALINDO
                                     CLERK OF COURT

                                   BY: _____/s/_____
                                         L.Creek
                                         Deputy Clerk